

**U.S. COMMODITY FUTURES TRADING COMMISSION**

1155 21st Street, N.W.
Washington, D.C. 20851
Telephone: (202) 418-6773
www.cftc.gov

Division
Of
Enforcement

August 19, 2025

<u>*VIA ECF*</u>

The Honorable Claire C. Cecchi
United States District Judge
United States District Court
District of New Jersey
50 Walnut Street Room 4015
Newark, NJ 07101

The Honorable Cathy L. Waldor
United States Magistrate Judge
United States District Court
District of New Jersey
50 Walnut Street Room 4015
Newark, NJ 07101

Re:   *Commodity Futures Trading Commission v. Or Patreanu et al.*, No. 23-cv-20782

Dear Judge Cecchi and Judge Waldor:

Pursuant to ECF No. 68, I write on behalf of Plaintiff Commodity Futures Trading Commission ("Commission") to provide a further update on the status of the Commission's efforts to effect service of the summons and complaint.

On March 18, 2025, the Court granted the Commission's motion for expedited discovery

Redacted pursuant to Court order dated April 21, 2025

Redacted pursuant to Court order dated April 21, 2025

The Honorable Claire C. Cecchi and Cathy L. Waldor
August 19, 2025
Page 2

[Redacted pursuant to Court order dated April 21, 2025]

      With the Court's permission, the Commission intends to update the Court regarding the Commission's efforts to serve Defendants on September 19, 2025.

                                    Sincerely,

                                    /s/ *Rishi K. Gupta*

                                  Senior Trial Attorney
                                  Commodity Futures Trading Commission

---

[Footnote redacted pursuant to Court order dated April 21, 2025]